# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CORLISS NICHOLSON**                                              **CIVIL ACTION**

**VERSUS**                                                                          **NO. 20-724-JWD-SDJ**

**COMMISSIONER OF**
**SOCIAL SECURITY**

---

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on January 4, 2021.

*/s/ Scott D. Johnson*

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**CORLISS NICHOLSON**                                             **CIVIL ACTION**

**VERSUS**                                                        **NO. 20-724-JWD-SDJ**

**COMMISSIONER OF**
**SOCIAL SECURITY**

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 22, 2020, Plaintiff filed this action seeking review of the Commissioner's final decision denying Plaintiff's application for disability benefits. (R. Doc. 1). That same day, Plaintiff filed the pending Motion to Proceed In Forma Pauperis. (R. Doc. 2). In reviewing Plaintiff's Complaint (R. Doc. 1) and application to proceed without the prepayment of costs (R. Doc. 2), it is clear that Plaintiff is a resident of Lafayette, Louisiana, which is located in the Western District. 28 U.S.C. § 98 (Lafayette in the WDLA).

According to 42 U.S.C. § 405(g), an action seeking judicial review of a final decision by the Commissioner "shall be brought in the district court of the United States for the judicial district in which the plaintiff resides." Therefore, venue is proper in the Western District of Louisiana, not the Middle District. For the convenience of parties and witnesses, and in the interest of justice, a district court may transfer a civil action to any other district or division where it might have been brought. 28 U.S.C. § 1404(a).

Because Plaintiff is a resident of Lafayette, Louisiana, it is more convenient and would further the interests of justice for this action to be handled in the Lafayette Division of the Western

District of Louisiana. *See Nevarez v. Colvin*, 2015 WL 4459881, at *1 (S.D. Tex. July 20, 2015) (transferring action for judicial review commissioner's final decision to district court in which plaintiff resided); *De La Rosa v. Secretary of HHS*, 2018 WL 2944433, at *2-3 (W.D. Tex. June 12, 2018) (same).

And so, the Court **RECOMMENDS** that this case be **transferred** to the United States District Court for the Western District of Louisiana, Lafayette Division.

Signed in Baton Rouge, Louisiana, on January 4, 2021.

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**