UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CORLISS NICHOLSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-724-JWD-SDJ** |
| **COMMISSIONER OF SOCIAL SECURITY** | |

### OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc.) dated January 4, 2021, to which no objection was filed,

**IT IS ORDERED** that this case shall be transferred to the United States District Court for the Western District of Louisiana, Lafayette Division.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 12, 2021</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**